**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 09-1139**

─────────

MICHAEL MOMENT,

             Plaintiff - Appellant,

        v.

STATE OF MARYLAND; MARTIN O'MALLEY, Governor; DOUGLAS F.
GANSLER, Attorney General; IKE LEGGEIL, County Executive for
Montgomery County,

             Defendants - Appellees.

─────────

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Roger W. Titus, District Judge.  (8:09-
cv-00086-RWT)

─────────

Submitted:  June 18, 2009          Decided:  June 23, 2009

─────────

Before NIEMEYER, GREGORY, and DUNCAN, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Michael Moment, Appellant Pro Se.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Moment appeals the district court's orders denying relief on his civil complaint and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Moment v. Maryland, No. 8:09-cv-00086-RWT (D. Md. Jan. 22, 2009; Jan. 29, 2009). Moment's motion for injunctive relief pending appeal is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED